MR. JUSTICE HARRISON,
dissenting:
I dissent. Viewing the facts of this case as liberally as I can in favor of the respondent, the prevailing party below, I fail to find substantial evidence to justify a decision supporting a finding of “good cause” by the Board of Labor Appeals. The plaintiff here quit his job because he didn’t get a raise in wages he thought he should get. He now shakes the unemployment fund for benefits I feel he is not entitled. It is interesting to note that there were three separate hearings on this claim and two previous referees denied the claim before the action of the Board setting on a third hearing. Here in addition to drawing down unemployment payments, the plaintiff has in addition income from his general store, a post office and farming operations. It is little wonder we are having problems financing the fund with these kinds of awards!